**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-B-02509 |
| | ) | |
| DANETTE CRUBAUGH | ) | Chapter 13 |
| | ) | Judge: Bruce W. Black (Joliet) |
| Debtor. | ) | |

_____

### OCWEN LOAN SERVICING, LLC'S RESPONSE TO DEBTOR'S MOTION TO DETERMINE FINAL CURE AND MORTGAGE PAYMENT

NOW COMES Respondent Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys, and for its Response to Movant/Debtor Danette Crubaugh's To Determine Final Cure and Mortgage Payment, states as follows:

1. Ocwen admits that on February 5, 2008, Debtor filed the above captions voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Ocwen admits that Debtor's Chapter 13 Plan dated March 24, 2008 was confirmed by this Court on April 2, 2008.

3. Ocwen admits the Plan provided for the language alleged in the corresponding paragraph of Debtor's Motion.

4. At this time, Ocwen is still completing the reconciliation of Debtor's account to determine whether the Chapter 13 Plan payments and post-petition payments were received and applied in accordance with the Chapter 13 plan. As such, Ocwen can neither admit nor deny the allegations contained in the corresponding paragraph of Debtor's Motion but will supplement said Response as soon as its reconciliation is completed.

5. At this time, Ocwen is still completing the reconciliation of Debtor's account to determine whether the Chapter 13 Plan payments and post-petition payments were received and applied in accordance with the Chapter 13 plan. As such, Ocwen can neither admit nor deny the

allegations contained in the corresponding paragraph of Debtor's Motion but will supplement said Response as soon as its reconciliation is completed.

6. Ocwen admits that the Trustee filed his Notice of Cure Payment on March 12, 2013 which indicated that Trustee has filed all payment under the Chapter 13 Plan.

7. Ocwen admits to having filed a Response to the Notice of Final Cure Payment indicating the Debtor was delinquent on his post-petition mortgage payments.

8. Ocwen admits the Plan provided for the language alleged in the corresponding paragraph of Debtor's Motion and that Ocwen's counsel at the time attached a spreadsheet exhibited the deficiency.

9. Ocwen admits that the referenced spreadsheet speaks for itself.

10. Ocwen can neither admit nor deny the allegations contained in this paragraph as they concern discussions which Ocwen was not a party to and therefore leaves Debtor to his proofs.

11. Debtor has not stated any factual allegations in this paragraph to which Ocwen can respond.

## <u>CONCLUSION</u>

WHEREFORE, Ocwen Loan Servicing, LLC respectfully requests that this Honorable Court deny Debtor's Motion To Determine Final Cure and Mortgage Payment and for any other relief as may be proper.

Respectfully Submitted,

Morris, Laing, Evans, Brock & Kennedy Chtd.

*/s/ Justin F. Carter*
Justin F. Carter (23358)
Morris, Laing, Evans, Brock & Kennedy, Chtd.
1 E. Wacker Drive
Suite 2500
Chicago, IL 60601
P: 316-383-6492
F: 316-383-6592
jcarter@morrislaing.com

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record in this cause, deposes and states on oath that he served the abovementioned documents, copies of which are attached hereto, upon the foregoing parties, by electronic transmission pursuant to Section II, B, 4 of the Administrative Procedures for the CM/ECF on June 6, 2013 before the hour of 5:00 pm.

Morris, Laing, Evans, Brock & Kennedy Chtd.

*/s/ Justin F. Carter*

Justin F. Carter (23358)
Morris, Laing, Evans, Brock & Kennedy, Chtd.
1 E. Wacker Drive
Suite 2500
Chicago, IL 60601
P: 316-383-6492
F: 316-383-6592
jcarter@morrislaing.com